IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN R. HOFFHEINS, JR., | No. 4:25-CV-01286 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TURNKEY LOGISTICS, LLC, DEREK K. MONTGOMERY and KRYSTAL L. MONTGOMERY, | |
| Defendants. | |

## ORDER

### DECEMBER 17, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Brian R. Hoffheins Jr.'s Motion to Compel Payment of Arbitrator's Fees, Doc. 9, is **DENIED.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge